UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GIBSON GUITAR CORP. and BALDWIN PIANO, INC.,**

                    **Plaintiffs,**

-vs-                                  Case No.  6:05-cv-990-Orl-28KRS

**PIANO EXPO, INC., d/b/a "STEINWAY PIANO GALLERIES" and "STEINWAY & SONS,"**

                    **Defendant.**

# ORDER

This cause is before the Court on Plaintiffs' Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 2, filed July 1, 2005). Upon consideration, it is **ORDERED** as follows:

1. In their motion (Doc. 2), Plaintiffs seek both a temporary restraining order and a preliminary injunction. However, Plaintiffs indicate in their motion that, simultaneously with the filing of their motion, they served Defendant with a letter informing it of these proceedings and of Plaintiffs' request for an injunction. (Doc. 2 at 7 ¶ 18; Letter from Herbert to Grimes of 07/01/05, Ex. B to Doc. 2). Thus, notice having already been given to Defendant, there is no justification for denying notice and an opportunity to be heard to Defendant and no basis to conclude that "injury is so imminent that notice and a hearing on the application for preliminary injunction is impractical if not impossible." Local Rule 4.05(b)(2); see also Fed. R. Civ. P. 65(b) (noting requirement that movant certify "reasons

supporting claim that notice should not be required"). Accordingly, the motion (Doc. 2) is **DENIED** insofar as it seeks entry of a temporary restraining order without notice under Federal Rule of Civil Procedure 65(b) and Local Rule 4.05. Insofar as the motion seeks a preliminary injunction, the Court reserves ruling thereon pending the hearing described in paragraph 2 below.

2. Plaintiffs and Defendant shall appear on **Wednesday, July 13, 2005, at 2:30 p.m.** in Courtroom #4, Sixth Floor, George C. Young U.S. Courthouse & Federal Building, 80 North Hughey Avenue, Orlando, Florida, for a hearing on Plaintiffs' application for a preliminary injunction.

3. On or before **Wednesday, July 6, 2005, at 12:00 p.m.** Plaintiffs shall serve Defendant with all papers that have been filed in this action, including a copy of this Order, in the manner required by Federal Rule of Civil Procedure 4 for service of a summons and complaint. Additionally, within the same time period, Plaintiffs shall serve and file a proposed form of preliminary injunction and shall otherwise comply with Local Rule 4.06, including by serving "all papers and affidavits upon which the moving party intends to rely."

4. Defendant shall have until **Monday, July 11, 2005, at 4:00 p.m.** to file and serve any briefs, affidavits, or other evidence in opposition to the application for preliminary injunction.

5. No oral testimony will be allowed.

6. The parties will be allowed thirty (30) minutes each for oral argument.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of July, 2005.

JOHN ANTOON II
United States District Judge